THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE, a Washington non-profit corporation, and ELIZABETH A. CAMPBELL,<br><br>Petitioners,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Respondent. | CASE NO. C19-1105-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the unopposed motion to withdraw as counsel for petitioners without substitution. (Dkt. No. 12.) On August 9, 2019, Petitioners notified the Court that Petitioners had terminated their counsel, Daniel J. Frohlich and Thomas Dickson. (Dkt. No. 10.) Counsel subsequently filed a motion to withdraw on August 29, 2019. (Dkt. No. 12.) That motion is unopposed. The Court therefore GRANTS the motion. Daniel J. Frohlich and Thomas Dickson are hereby WITHDRAWN as counsel for Petitioners.

//

//

//

MINUTE ORDER
C19-1105-JCC
PAGE - 1

1     DATED this 19th day of September 2019.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk

MINUTE ORDER
C19-1105-JCC
PAGE - 2