AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Discovery Park Community Alliance et al., <br> *Plaintiff* <br> v. <br> City of Seattle, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. C19-1105-JCC <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Seattle Public Schools

Date:   02/13/2020

By: s/G. Richard Hill
*Attorney's signature*

G. Richard Hill, #8806
*Printed name and bar number*

McCullough Hill Leary, PS
701 5th Avenue, Suite 6600
Seattle, WA 98104

*Address*

rich@mhseattle.com
*E-mail address*

(206) 812-3388
*Telephone number*

(206) 812-3389
*FAX number*