THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE, a community non-profit corporation, and ELIZABETH CAMPBELL,<br><br>                    Petitioners,<br><br>          v.<br><br>CITY OF SEATTLE,<br><br>                    RESPONDENT. | CASE NO. C19-1105-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In a prior order, the Court conditioned the withdrawal of Allen T. Miller on Petitioner serving the United States Department of the Army and the Seattle Public Schools ("SPS") with an amended petition. (Dkt. No. 31 at 3.) Petitioner has now served the Army and SPS with an amended petition. (Dkt. Nos 34–35.) Accordingly, the Court hereby GRANTS Mr. Miller's motion to withdraw as counsel for Petitioners without substitution (Dkt. No. 27). Mr. Miller and his law firm, the Law Office of Allen T. Miller, PLLC, are hereby granted LEAVE to withdraw as counsel for Petitioners. The Clerk is DIRECTED to mail a copy of this order to Petitioners at the following address:

     Discovery Park Community Alliance

MINUTE ORDER
C19-1105-JCC
PAGE - 1

c/o Elizabeth Campbell
3826 24th Avenue W
Seattle, WA 98199

DATED this 24th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
