

# U.S. DISTRICT COURT
## Western District of Washington
### Pro Se Registration Form
### For the Electronic Case Filing System (CM/ECF)

Please complete a form for *each case* you have before the Court.
*All fields are required.*

**Check One:**

○ Please register me to **receive service** of documents and notice of electronic filings to my email* via the Court's electronic filing system (CM/ECF).  This option does *not* allow me to file documents electronically. I will continue to file documents in paper with the Court.

○ Please register me to **file documents** electronically** and **receive service** of documents and notice of electronic filings to my email* via the Court's electronic filing system (CM/ECF). By signing the agreement to file your documents electronically through CM/ECF, you waive your ability to file your documents in paper form over the counter or through the mail.

Name: _____     Case No: _____

E-mail Address: _____     Phone no: _____

Address: _____

_____     _____
Signature (Type an "s/" and your name, or print and sign)     Date signed

* By registering for electronic service, you waive your right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E).  You will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number.  **The one "free look" will expire 15 days from the date the notice was sent.**  After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records).  It is required that you establish a **PACER – Case Search Only** account, by visiting the PACER website. PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee.

**By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Electronic Filing Procedures.

**To Email This Form:**  Save a copy of this form to your computer and then send it as an attachment to: **cmecfreg@wawd.uscourts.gov.**

**To Mail This Form:**  Print and mail to:  **Clerk, U.S. District Court, Western District of Washington, ATTN: ECF Registration, 700 Stewart Street, Suite 2310, Seattle, WA, 98101**.

**PACER Registration:** You are also required to request CM/ECF access via pacer.gov. Review the Pro Se Registration Instructions for step-by-step guidance.  You will receive email confirmation of your registration when it is processed.

For assistance, please contact the **CM/ECF Support** at **(206)370-8440, then press Option 2** (Seattle area), **(866)323-9293, then press Option 2** (Outside Seattle area) or email us at:  **cmecf@wawd.uscourts.gov.**