1

2

3

4

5

6

7

8

9

10

11

12

13

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Discovery Park Community Alliance and
Elizabeth A. Campbell,

                              Petitioners,

              vs.

City of Seattle, United States Army, and Seattle
School District No. 1,

                              Respondents.

No. 2:19-cv-1105-JCC

JOINT STATUS REPORT

14

15

16

17

18

19

20

21

22

23

**A.      Nature of the case.**

        This case involves the Fort Lawton Army Reserve Center ("FLARC"), which is owned

by the United States Army and located in Seattle. The Army is attempting to dispose of the

FLARC under the Defense Base Closure and Realignment Act of 1990 and related federal

regulations.

        In June 2019, as part of the FLARC disposal process, the Seattle City Council passed:

(1) a resolution approving a redevelopment plan to submit to the Army, part of which applies for

surplus federal property; (2) an ordinance authorizing an agreement with Seattle School District

No. 1 (known as Seattle Public Schools or "SPS") through which SPS would seek 5–6 acres of

JOINT STATUS REPORT - 1
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

that land for athletic fields to be used jointly by SPS and the City; and (3) an ordinance rezoning a portion of the property.

To challenge those three City actions and to pursue its other claims and actions, Petitioners Discovery Park Community Alliance ("DPCA") and Elizabeth A. Campbell filed this case in state court on June 28, 2019. Petitioners claim the City, Army, or SPS committed seven errors: five violations of federal regulations; one violation of City law; and one violation of state law. Petitioners pursue four alternative causes of action: under the Washington Land Use Petition Act; for a statutory writ; for a constitutional writ; or under the Washington Uniform Declaratory Judgments Act.

The City removed this case to this Court, which granted the City's motion to join the Army and SPS as Respondents.

**B.      Other related cases.**

The parties are aware of no related cases pending before this Court or in another jurisdiction.

**C.      Status of named parties and their counsel.**

Two sets of counsel have appeared and withdrawn on behalf of DPCA and Ms. Campbell. *See* Dkt. #s 14 and 37.

No new counsel has appeared for DPCA.

Ms. Campbell appears *pro se*.

Counsel have appeared for the City and SPS.

No counsel has appeared for the Army.

JOINT STATUS REPORT - 2
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**D.      Additional Respondents.**

Ms. Campbell intends to seek joinder of four other parties as Respondents: (1) United States Department of Education; (2) National Parks Service; (3) Archdiocese of Seattle; and (4) United Indians of All Tribes Foundation. If she has not already sought that relief by the date of this Report, she intends to seek that relief by July 3, 2020.

The City and SPS intend to oppose joinder of those or other parties.

**E.      Discovery.**

The City and SPS believe discovery is not appropriate because this is an action for review on an administrative record and any discovery deadline passed last year. *See* City's Notification of Exemption from the Requirements of FRCP 26(a) and 26(f) (Dkt. # 43); Order [on the City's motion to modify the initial scheduling order] (Dkt. # 31 at p. 3) ("The discovery deadline passed on November 4, 2019.")

Ms. Campbell believes she is entitled to discovery and that the original case schedule, including the discovery deadline, was struck.

**F.      Motions practice.**

As discussed above, Ms. Campbell intends to file a motion to add other parties as Respondents.

The City and SPS intend to file several motions:

1.      If DPCA and Ms. Campbell do not properly serve the Army and United States, the City and SPS will ask this Court to dismiss this case. The City and SPS intend to file that motion no later than July 9, 2020.

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

2.     If no counsel appears for DPCA, the City and SPS will seek dismissal of DPCA. The City and SPS intend to file that motion (which may be combined with the first motion) no later than July 9, 2020.

3.     The City and SPS intend to file a dispositive motion seeking dismissal of this case as a matter of law. Depending on the status of other Respondents who have not yet been joined or appeared, and on other actions beyond the control of the City and SPS, they anticipate filing that motion between August 13 and October 8, 2020.

**G.     Trial or hearing readiness.**

Ms. Campbell believes the case must be resolved on the basis of a fact-finding trial after discovery. She believes a trial would last five days and estimates this case would be ready for trial by September, 2021.

If any claims or causes of action remain after resolution of the City's and SPS's dispositive motion, and depending on which defenses and counter-arguments the court has not yet addressed, the City and SPS anticipate any remaining issues being resolved on the basis of a record the City produces after consultation with the other parties and pursuant to an agreed-upon schedule. The City and SPS believe the Court can resolve those issues on the basis of briefing without a hearing, but that any hearing would require no more than half a day and could be conducted no later than the middle of March 2021. The City and SPS believe this case does not merit a trial.

Ms. Campbell disagrees with the City's and SPS's assessments that they can dispose of the case through motions and that they need only produce an administrative record to support their positions in this matter.

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**H.      Settlement.**

The City and SPS do not intend to engage in alternative dispute resolution and see no genuine possibilities for promptly settling or otherwise resolving the case.

Ms. Campbell believes that the parties should avail themselves of any alternative dispute resolution opportunities, and that there are a few possibilities for this matter to be promptly settled.

DATED June 29, 2020.

ELIZABETH A. CAMPBELL

By:      /s/ Elizabeth A. Campbell
3826 24th Ave. W.
Seattle, WA 98199
Ph: 206-769-8459
Email: neighborhoodwarrior@gmail.com
*Pro Se*

PETER S. HOLMES
Seattle City Attorney

By:      /s/ Patrick Downs, WSBA # 25276
            /s/ Roger D. Wynne, WSBA #23399
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
Ph: (206) 684-8200
Fax: (206) 684-8284
Email: patrick.downs@seattle.gov
            roger.wynne@seattle.gov
*Attorneys for Respondent City of Seattle*

MCCULLOUGH HILL LEARY, PS

By:      /s/ G. Richard Hill, WSBA #8806
            /s/ Katie J. Kendall, WSBA #48164
McCullough Hill Leary, PS
701 – 5th Avenue, Suite 6600
Seattle, WA 98104
Email: rich@mhseattle.com
            kkendall@mhseattle.com
*Attorneys for Respondent Seattle Public Schools*

JOINT STATUS REPORT - 5
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1

**CERTIFICATE OF SERVICE**

2
     I certify that on this day I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

3

4
Elizabeth A. Campbell
3826 24th Ave. W.
Seattle, WA 98199

5
Email: neighborhoodwarrior@gmail.com
*Pro Se*

6

7
G. Richard Hill, WSBA #8806
Katie J. Kendall, WSBA #48164
McCullough Hill Leary, PS

8
701 – 5th Avenue, Suite 6600
Seattle, WA 98104

9
Email: rich@mhseattle.com
kkendall@mhseattle.com

10
*Attorneys for Respondent Seattle Public Schools*

11
     I also certify that on this day I sent a copy of this document via email to the same individuals.

12

13
     Dated June 29, 2020, at Seattle, Washington.

14
              */s/ Alicia Reise*
              ALICIA REISE, Legal Assistant

15

16

17

18

19

20

21

22

23

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200