UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE, community non-profit corporation, and ELIZABETH CAMPBELL,<br><br>　　　　　　　　Petitioners,<br><br>vs.<br><br>CITY OF SEATTLE, THE UNITED STATES ARMY, and SEATTLE PUBLIC SCHOOLS<br><br>　　　　　　　　Respondents. | NO.  C19-1105-JCC<br><br>AFFIDAVIT OF MAILING |

STATE OF WASHINGTON　　　)
　　　　　　　　　　　　　　　　　　　　:ss.
County of Spokane　　　　　　　)

The undersigned, SHEANA LOOMIS, being first duly sworn on oath, deposes and says:

1. I am over the age of eighteen (18) years, of sound mind, and competent to testify in this matter.

2. I am a legal assistant with the Lukins & Annis law firm.

3. On June 30, 2020, a true and exact copy of the Amended Land Use Petition Pursuant to Land Use Petition Act; Petition for Review and Declaratory Judgment that was filed with the United States District Court Western District of Washington at Seattle, was sent via U.S. Certified Mail to the following individuals:

AFFIDAVIT OF MAILING– 1

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

```
 1   ATTORNEY GENERAL OF THE UNITED STATES OF WASHINGTON, DC
     WILLIAM BARR
 2   U.S. DEPARTMENT OF JUSTICE
     950 PENNSYLVANIA AVE., NW
 3   WASHINGTON, DC 20230-0001

 4   UNITED STATES ATTORNEY OF THE WESTERN DISTRICT
     UNITED STATES ATTORNEY'S OFFICE
 5   BRIAN T. MORAN
     700 STEWART ST., SUITE 5220
 6   SEATTLE, WA 98101-1271
```

4. Attached as Exhibit A are true and correct copies of certified mailing receipts.

DATED this 9th day of July, 2020, Spokane, Washington

_____
SHEANA N. LOOMIS

SUBSCRIBED AND SWORN TO before me this 9th day of July, 2020.

_____
Notary Public             (Signature)

Marianne Love
(Print Name)

My appointment expires: 03-09-2021

**Notary Public**
**State of Washington**
**MARIANNE LOVE**
Comm. Expires 03-09-2021

AFFIDAVIT OF MAILING– 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

# Exhibit A

Case 2:19-cv-01105-JCC   Document 47   Filed 07/09/20   Page 3 of 5

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70180680000013330284

Your item was delivered at 4:55 am on July 6, 2020 in WASHINGTON, DC 20530.



## ✓ Delivered

July 6, 2020 at 4:55 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

