# Affidavit of Process Server

UNITED STATES DISTRICT COURT-WESTERN DISTRICT OF WASHINGTON AT SEATTLE
(NAME OF COURT)

| DISCOVERY PARK COMMUNITY ALLIANCE vs | CITY OF SEATTLE, et al | C19-1105-JCC |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I **Greg Schermerhorn**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Attempted to serve Brian T. Moran, U.S. Attorney for the Western District**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Amended Land Use Petition Pursuant to Land Petition Act; Petition for Review and Declaratory Judgment**

by leaving with _____ At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☑ Business **700 Stewart Street, Suite 5220**    **Seattle, WA 98101**
ADDRESS    CITY / STATE

On _____ AT _____
DATE    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☑ Service Cancelled by Litigant   ☑ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☑ Other **Per security guard, Federal Courthouse is locked down, no access to elevator or upper floor office suites, only letting legal messengers in to file at Bankruptcy courts**

**Service Attempts:** Service was attempted on: (1) **06/30/20 at 12:22pm, unable to gain access into courthouse** (2) _____
DATE    TIME    DATE    TIME

(3) _____  (4) _____  (5) _____
DATE  TIME    DATE  TIME    DATE  TIME

**Description:** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **3rd** day of **July**, 20 **20**, by **Greg Schermerhorn**,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **Washington**

[Notary Seal: KAITLYN MARIE TOPPEN, COMMISSION EXPIRES, NOTARY PUBLIC, 20100880, STATE OF WASHINGTON]

NAPPS
FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS