The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE, *et al.*,<br><br>Petitioners,<br><br>vs.<br><br>CITY OF SEATTLE,<br><br>Respondent. | No. 2:19-cv-1105-JCC<br><br>ORDER GRANTING CITY OF SEATTLE'S AND SEATTLE SCHOOL DISTRICT NO. 1'S MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>Friday, July 24, 2020<br><br>[**PROPOSED**] |

This matter comes before the Court on the Motion of Respondents City of Seattle ("City") and Seattle School District No. 1 (known as Seattle Public Schools or "SPS") motion to dismiss or set a deadline for the proper service of Respondent U.S. Army. Having considered the parties' briefing and the record, the Court finds oral argument unnecessary and GRANTS the City's Motion for the reasons stated in it.

//

//

//

//

//

This case is dismissed without prejudice. *See* Fed. R. Civ. P. 19(b) and 41(b). Each party shall sustain its own fees.

Dated this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

**Presented by:**

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney | MCCULLOUGH HILL LEARY, PS |
| By: /s/ Patrick Downs, WSBA # 25276<br>/s/ Roger D. Wynne, WSBA #23399<br>Assistant City Attorneys<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104-7095<br>Ph: (206) 684-8200<br>Email: patrick.downs@seattle.gov<br>roger.wynne@seattle.gov<br>*Attorneys for Respondent City of Seattle* | By: /s/ G. Richard Hill, WSBA #8806<br>/s/ Katie J. Kendall, WSBA #48164<br>McCullough Hill Leary, PS<br>701 Fifth Avenue, Suite 6600<br>Seattle, WA 98104<br>Ph: (206) 812-3388<br>Email: rich@mhseattle.com<br>kkendall@mhseattle.com<br>*Attorneys for Respondent Seattle Public Schools* |

ORDER DISMISSING DPCA FOR LACK OF COUNSEL - 2
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105