The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE, *et al.*,<br><br>                    Petitioners,<br><br>          vs.<br><br>CITY OF SEATTLE, *et al.*,<br><br>                    Respondents. | No. 2:19-cv-1105-JCC<br><br>CITY OF SEATTLE'S AND SEATTLE SCHOOL DISTRICT NO. 1'S **REPLY** RE THEIR MOTION TO DISMISS OR SET A DEADLINE FOR THE PROPER SERVICE OF THE U.S. ARMY<br><br>NOTE ON MOTION CALENDAR:<br>Friday, July 24, 2020 |

Petitioners' Affidavit of Mailing (Dkt. # 47) and Affidavit of Process Server (Dkt. # 48) fail to respond to the City's and SPS's Motion to Dismiss or to Set a Deadline for the Proper Service of the U.S. Army (Dkt. # 46). Moreover, neither affidavit mentions serving the summons (*see* Dkt. #1-3 and Fed. R. Civ. Proc. 4(i)(1)) or prompted the U.S. Army to appear. The City and SPS respectfully ask this Court to dismiss this case for failure to join a necessary party or set a deadline by which Petitioners must properly serve the Army.

//

//

//

//

REPLY RE MOTION TO DISMISS OR SET A DEADLINE FOR THE PROPER SERVICE OF THE U.S. ARMY - 1
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1  DATED July 24, 2020.

2  PETER S. HOLMES                                    MCCULLOUGH HILL LEARY, PS
   Seattle City Attorney

3

4  By:   /s/ Patrick Downs, WSBA # 25276        By:   /s/ G. Richard Hill, WSBA #8806
         /s/ Roger D. Wynne, WSBA #23399              /s/ Katie J. Kendall, WSBA #48164
   Assistant City Attorneys                     McCullough Hill Leary, PS
5  Seattle City Attorney's Office               701 Fifth Avenue, Suite 6600
   701 Fifth Avenue, Suite 2050                 Seattle, WA 98104
6  Seattle, WA 98104-7095                       Ph: (206) 812-3388
   Ph: (206) 684-8200                           Email: rich@mhseattle.com
7  Email: patrick.downs@seattle.gov                    kkendall@mhseattle.com
          roger.wynne@seattle.gov                *Attorneys for Respondent Seattle Public*
8  *Attorneys for Respondent City of Seattle*    *Schools*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPLY RE MOTION TO DISMISS OR SET A DEADLINE FOR THE                **Peter S. Holmes**
PROPER SERVICE OF THE U.S. ARMY - 2                                 Seattle City Attorney
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105   701 Fifth Ave., Suite 2050
                                                                    Seattle, WA 98104-7095
                                                                    (206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on this day I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Elizabeth A. Campbell
3826 24th Ave. W.
Seattle, WA 98199
Email: neighborhoodwarrior@gmail.com
*Pro Se*

G. Richard Hill, WSBA #8806
Katie J. Kendall, WSBA #48164
McCullough Hill Leary, PS
701 Fifth Avenue, Suite 6600
Seattle, WA 98104
Email: rich@mhseattle.com
kkendall@mhseattle.com
*Attorneys for Respondent Seattle Public Schools*

I also certify that on this day I sent a copy of this document via e-mail to the same individuals.

Dated July 24, 2020, at Seattle, Washington.

>   */s/ Alicia Reise*_____
>   ALICIA REISE, Legal Assistant

REPLY RE MOTION TO DISMISS OR SET A DEADLINE FOR THE PROPER SERVICE OF THE U.S. ARMY - 3
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200