THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE, a community non-profit corporation, and ELIZABETH CAMPBELL, <br><br> Petitioners, <br><br> v. <br><br> CITY OF SEATTLE *et al.*, <br><br> Respondents. | CASE NO. C19-1105-JCC <br><br> ORDER |

This matter comes before the Court on Respondents' motion to dismiss Petitioner Discovery Park Community Alliance for lack of counsel (Dkt. No. 45). Under Western District of Washington Local Civil Rule 83.2(b)(4), "[a] business entity, except a sole proprietorship, must be represented by counsel," and "failure to obtain a replacement attorney by the date the withdrawal is effective may result in the dismissal of the business entity's claims for failure to prosecute." Discovery Park was informed of this rule both times that its attorney sought to withdraw from this case. (Dkt. Nos. 12 at 2, 27 at 1–2.) Yet, Discovery Park has failed to obtain counsel in the five months since its second attorney withdrew. (*See* Dkt. No. 37 at 1) (granting motion to withdraw on February 24, 2020). Because Discovery Park has failed to obtain new counsel, the Court GRANTS Respondents' motion (Dkt. No. 45) and DISMISSES Discovery Park from this case pursuant to Western District of Washington Local Civil Rule 83.2(b)(4).

DATED this 28th day of July 2020.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1105-JCC
PAGE - 2