The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Discovery Park Community Alliance and
Elizabeth A. Campbell,

                        Petitioners,

     vs.

City of Seattle, United States Army, and Seattle
School District No. 1,

                        Respondents.

No. 2:19-cv-1105-JCC

SUMMONS

To:     Attorney General of the United States of Washington, D.D.
          William Barr
          U.S. Department of Justice
          950 Pennsylvania Avenue NW
          Washington, DC. 20230-0001

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Elizabeth A. Campbell
>3826 24th Avenue West
>Seattle, WA. 98199
>206-769-8459
>Neighborhoodwarrior@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATED this _____ day of August, 2020, Seattle, Washington.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk