The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE, community non-profit corporation, and ELIZABETH CAMPBELL,<br><br>Petitioners,<br><br>v.<br><br>CITY OF SEATTLE, THE UNITED STATES ARMY, and SEATTLE PUBLIC SCHOOLS,<br><br>Respondents. | CASE NO.  C19-1105-JCC<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the respondent, the United States Army, in the above-entitled cause of action, without waiving objection to, *inter alia,* service, venue, or jurisdiction, hereby enters its appearance by and through the attorney of record listed below:

BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271

NOTICE OF APPEARANCE
C19-1105-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Phone:  (206) 553-7970
Fax:       (206) 553-4073
E-mail: brian.kipnis@usdoj.gov

You are hereby notified that service of all further pleadings, notices, documents or other papers herein, exclusive of original process, may be made upon said respondent by properly serving the above-named attorney.

DATED this 29th day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone:  (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Respondent the United States Army

NOTICE OF APPEARANCE
C19-1105-JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970