THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISCOVERY PARK COMMUNITY ALLIANCE,<br><br>                    Petitioner,<br><br>        v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>                    Respondents. | CASE NO. C19-1105-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that within 30 days of this order, the parties must submit a joint status report updating the Court on the status of the matters previously discussed in their June 29, 2020 joint status report. (Dkt. No. 44.)

DATED this 13th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-1105-JCC
PAGE - 1