The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Elizabeth A. Campbell, <br><br> Petitioner, <br><br> vs. <br><br> City of Seattle and Seattle School District No. 1, <br><br> Respondents. | No. 2:19-cv-1105-JCC <br><br> SECOND JOINT STATUS REPORT |

**A.     Nature of the case and procedural background.**

This case involves the Fort Lawton Army Reserve Center ("FLARC"), which is owned by the United States Army and located in Seattle. The Army is attempting to dispose of the FLARC under the Defense Base Closure and Realignment Act of 1990 and related federal regulations.

In June 2019, as part of the FLARC disposal process, the Seattle City Council passed: (1) a resolution approving a redevelopment plan to submit to the Army, part of which applies for surplus federal property; (2) an ordinance authorizing an agreement with Seattle School District No. 1 (known as Seattle Public Schools or "SPS") through which SPS would seek 5–6 acres of that land for athletic fields to be used jointly by SPS and the City; and (3) an ordinance rezoning a portion of the property.

SECOND JOINT STATUS REPORT - 1
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

Ann Davison
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

To challenge those three City actions and to pursue its other claims and actions, Petitioners Discovery Park Community Alliance ("DPCA") and Elizabeth A. Campbell filed this case in state court on June 28, 2019. Petitioners claim the City, Army, or SPS committed seven errors: five violations of federal regulations; one violation of City law; and one violation of state law. Petitioners pursue four alternative causes of action: under the Washington Land Use Petition Act; for a statutory writ; for a constitutional writ; or under the Washington Uniform Declaratory Judgments Act.

The City removed this case to this Court, which granted: the City's motion to join the Army and SPS as Respondents (Dkt. # 25); the City's and SPS's motion to dismiss DPCA for lack of counsel, leaving Ms. Campbell as the sole Petitioner (Dkt. # 52); and the Army's motion to dismiss claims against it without prejudice (Dkt. # 64).

**B.     Other related cases.**

The parties are aware of no related cases pending before this Court or in another jurisdiction.

**C.     Status of named parties and their counsel.**

Ms. Campbell appears *pro se*.

Counsel have appeared for the City and SPS.

**D.     Additional Respondents.**

Ms. Campbell intends to seek joinder of four other parties as Respondents: (1) United States Department of Education; (2) National Parks Service; (3) Archdiocese of Seattle; and (4) United Indians of All Tribes Foundation. She intends to seek that relief by March 1, 2022.

The City and SPS intend to oppose joinder of those or other parties.

SECOND JOINT STATUS REPORT - 2
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

Ann Davison
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**E.   Discovery.**

The City and SPS believe discovery is not appropriate because this is an action for review on an administrative record and any discovery deadline passed last year. *See* City's Notification of Exemption from the Requirements of FRCP 26(a) and 26(f) (Dkt. # 43); Order [on the City's motion to modify the initial scheduling order] (Dkt. # 31 at p. 3) ("The discovery deadline passed on November 4, 2019.")

Ms. Campbell believes she is entitled to discovery and that the original case schedule, including the discovery deadline, was struck.

**F.   Motions practice.**

As discussed above, Ms. Campbell intends to file a motion to add other parties as Respondents.

Approximately six weeks after Ms. Campbell's motion to add other parties as Respondents is resolved, or if she does not file such a motion by March 1, 2022, the City and SPS intend to file either a Fed. R. Civ. P. 41(b) motion to dismiss for failure to prosecute or a dispositive motion seeking dismissal of this case as a matter of law.

**G.   Trial or hearing readiness.**

Ms. Campbell believes the case must be resolved on the basis of a fact-finding trial after discovery. She believes a trial would last five days and estimates this case would be ready for trial by November, 2022.

If any claims or causes of action remain after resolution of the City's and SPS's motions, and depending on which defenses and counter-arguments the court has not yet addressed, the City and SPS anticipate any remaining issues being resolved on the basis of a record the City produces after consultation with Ms. Campbell and pursuant to an agreed-upon schedule. The

SECOND JOINT STATUS REPORT - 3
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

Ann Davison
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

City and SPS believe the Court can resolve those issues on the basis of briefing without a hearing, but that any hearing would require no more than half a day and could be conducted no later than the end of August 2022. The City and SPS believe this case does not merit a trial.

Ms. Campbell disagrees with the City's and SPS's assessments that they can dispose of the case through motions and that they need only produce an administrative record to support their positions in this matter.

### H.     Settlement.

The City and SPS do not intend to engage in alternative dispute resolution and see no genuine possibilities for promptly settling or otherwise resolving the case.

Ms. Campbell believes that the parties should avail themselves of any alternative dispute resolution opportunities, and that there are a few possibilities for this matter to be promptly settled.

//

//

//

//

//

//

//

//

//

SECOND JOINT STATUS REPORT - 4
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

Ann Davison
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1         DATED January 10, 2022.

2 ELIZABETH A. CAMPBELL          ANN DAVISON
                                             Seattle City Attorney

By:    /s/ Elizabeth A. Campbell         By:    /s/ Patrick Downs, WSBA # 25276
3826 24th Ave. W.                                  /s/ Roger D. Wynne, WSBA #23399
Seattle, WA 98199                               Assistant City Attorneys
Ph: 206-769-8459                                Seattle City Attorney's Office
Email: neighborhoodwarrior@gmail.com    701 Fifth Avenue, Suite 2050
*Pro Se*                                                   Seattle, WA 98104-7095
                                                            Ph: (206) 684-8200
                                                            Fax: (206) 684-8284
                                                            Email: patrick.downs@seattle.gov
                                                                           roger.wynne@seattle.gov
                                                            *Attorneys for Respondent City of Seattle*


                                                            MCCULLOUGH HILL LEARY, PS

                                                            By:    /s/ G. Richard Hill, WSBA #8806
                                                                           /s/ Katie J. Kendall, WSBA #48164
                                                            McCullough Hill Leary, PS
                                                            701 – 5th Avenue, Suite 6600
                                                            Seattle, WA 98104
                                                             Email: rich@mhseattle.com
                                                                            kkendall@mhseattle.com
                                                            *Attorneys for Respondent Seattle Public Schools*

SECOND JOINT STATUS REPORT - 5
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

Ann Davison
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on this day I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Elizabeth A. Campbell
3826 24th Ave. W.
Seattle, WA 98199
Email: neighborhoodwarrior@gmail.com
*Pro Se*

G. Richard Hill, WSBA #8806
Katie J. Kendall, WSBA #48164
McCullough Hill Leary, PS
701 – 5th Avenue, Suite 6600
Seattle, WA 98104
Email: rich@mhseattle.com
kkendall@mhseattle.com
*Attorneys for Respondent Seattle Public Schools*

I also certify that on this day I sent a copy of this document via email to the same individuals.

Dated January 10, 2022, at Seattle, Washington.

/s/ Marisa Johnson
Legal Assistant

SECOND JOINT STATUS REPORT - 6
*DISCOVERY PARK COMM. ALLIANCE V. CITY OF SEATTLE*, NO. 2:19-CV-1105

Ann Davison
Seattle City Attorney
701 Fifth Ave., Suite 2050
Seattle, WA 98104-7095
(206) 684-8200