UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH A. CAMPBELL,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF SEATTLE, et al.,<br><br>                Defendants. | CASE NO. 19-CV-01105-LK<br><br>ORDER OF DISMISSAL |

On December 1, 2022, the Court ordered Ms. Campbell to show cause why this action should not be dismissed with prejudice for failure to prosecute. *See* Dkt. No. 69. The Court stated that it would grant the City of Seattle's motion to dismiss if she failed to do so within 21 days. *Id.* at 11. The 21-day window expired without any activity from Ms. Campbell. The Court accordingly GRANTS the City's Motion to Dismiss, Dkt. No. 68, and DISMISSES this case with prejudice.

Dated this 23rd day of December, 2022.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1